# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00037-CV

In re Charles Coleman and Sarah Chenette

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relators' Petition for Writ of Mandamus, filed on January 27, 2026, is denied. Relators' Emergency Motion for Temporary Relief, filed January 27, 2026, is dismissed as moot. Relators' Emergency Motion for Temporary Relief, Stay and Request for Sua Sponte Disposition, filed January 31, 2026, is dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: February 19, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
OT06

